IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HEATHER M. SUNWALL,

        Plaintiff,

Case No. 3:14-cv-01034-PA

    v.

CAROLYN L. COLVIN, Acting
Commissioner of Social Security,

**ORDER**

        Defendant.

_____

**PANNER, District Judge**:

    Plaintiff moves for an award of attorney's fees.  The government does not object.

    Based on my review of the declaration and exhibits in support of the requested attorney's fees, I award Plaintiff $10,477.21 in attorney's fees under 42 U.S.C. § 406(b). I previously awarded Plaintiff attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Here, the award of attorney's fees is calculated by subtracting the amount of fees already awarded under the EAJA from the total amount of fees authorized by § 406(b), which is 25% of the award of back benefits.  I find that the requested amount of attorney's fees is reasonable.

1  –  ORDER

**CONCLUSION**

Plaintiff's motion for attorney's fees (#32) is GRANTED.  Plaintiff is awarded $10,477.21 in attorney's fees.

IT IS SO ORDERED.

DATED this ⟍6⟋ day of May, 2016.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2  –  ORDER